GOLD BENNETT CERA & SIDENER LLP
PAUL F. BENNETT (State Bar No. 63318)
STEVEN O. SIDENER (State Bar No. 121062)
JOSEPH M. BARTON (State Bar No. 188441)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-Mail: pfb@gbcslaw.com
E-Mail: ssidener@gbcslaw.com
E-Mail: jbarton@gbcslaw.com

Attorneys for Plaintiff
Industrial Computing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| This Document Relates To:<br><br>*Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*,<br>Case No. 08-cv-01627-SC, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF INDUSTRIAL COMPUTING, INC.** |

#118935

1     NOTICE IS HEREBY GIVEN that plaintiff Industrial Computing, Inc., pursuant to Rule
2 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, its action
3 against all defendants. The adverse parties have not filed either an answer to the complaint or a
4 motion for summary judgment and no class has been certified.

6 Dated: April 1, 2008                       GOLD BENNETT CERA & SIDENER LLP

By: _____
        Joseph M. Barton



IT IS SO ORDERED
Judge Samuel Conti

## CERTIFICATE OF SERVICE

I, Carie Loder, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 1, 2008, I electronically filed the following **"NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF INDUSTRIAL COMPUTING, INC."** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 1, 2008, at San Francisco, California.

_____
Carie Loder